UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCELLE WHITE,<br><br>        Plaintiffs,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>        Defendants. | Case No. 19-cv-02235-SI  (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: November 8, 2019 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DEADLINE FOR AMENDMENT OF THE PLEADINGS:   January 31, 2020

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: March 1, 2020.

DESIGNATION OF EXPERTS: May 15, 2020; REBUTTAL: June 15, 2020;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: July 31, 2020.

DISPOSITIVE MOTIONS **SHALL** be filed by; March 27, 2020;
    Opp. Due: April 10, 2020; Reply Due: April 17, 2020;
    and set for hearing no later than May 1, 2020 at 10:00 AM.

PRETRIAL CONFERENCE DATE: August 25, 2020 at 3:30 PM.

JURY TRIAL DATE: September 8, 2020 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 7 to 10 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The settlement conference referral to Magistrate-Judge Laporte shall be reassigned to another magistrate who can conduct a conference in January 2020. Plaintiff provided his discovery on this day. Defendant shall provide a proposed protective order to plaintiff by August 30, 2019. After the protective order is entered, defense will provide its discovery by September 20, 2020.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

     **IT IS SO ORDERED**.

Dated: 8/23/19

_____
SUSAN ILLSTON
United States District Judge