UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCELLE WHITE,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, *et al.*,<br><br>  Defendants. | Case No. 19-cv-02235-SI<br><br>**ORDER RE: ADMINISTRATIVE MOTION TO CONTINUE TRIAL AND PRETRIAL CONFERENCE**<br><br>Re: Dkt. No. 32 |

Defendants have filed an administrative motion to continue the trial date and pretrial conference due to conflicts with defense counsel's schedules. This case is currently set for trial on September 8, 2020, and the final pretrial conference is scheduled for August 25, 2020.

Defendants state that Ms. Rosenblit will be on maternity leave from approximately November 18, 2019 through June 5, 2020, and that due to the current pretrial schedule and the timing of Ms. Rosenblit's leave, the case has been reassigned to another attorney, Mr. Sims. Mr. Sims has trials scheduled to begin on October 5, 2019, December 7, 2019, and September 8, 2020. Defendants request that the trial be continued to January 25, 2021, in order to allow Mr. Sims sufficient time to prepare for this case in addition to his other work. Defendants state that they alternatively proposed advancing the trial to July 2020, but that plaintiff's counsel rejected that proposal.

Plaintiff opposes any continuance of the trial date, asserting that there is ample time for defense counsel to prepare for trial and that a continuance until 2021 will prejudice plaintiff. Plaintiff also notes that the Court previously denied defendants' request to continue the trial to February 2021.

The Court wishes to accommodate counsel's schedules while also being mindful of the

prejudice to plaintiff if the trial is unduly delayed. It is the Court's view that in light of the procedural posture of this case, as well as the fact that defendant proposed a July 2020 trial date, that the trial date can be rescheduled to avoid conflicts and without causing undue delay. The Court is available for trial either of the following dates:

August 3, 2020 trial; July 21, 2020 pretrial conference; or

November 2, 2020 trial; October 20, 2020 pretrial conference.

The Court directs plaintiff's counsel to select one of these trial dates and to work with defense counsel to avoid any conflicts. Counsel shall inform the Court of the selected trial and pretrial conference dates in a letter to be filed no later than **October 7, 2019**.

**IT IS SO ORDERED**.

Dated: October 1, 2019

SUSAN ILLSTON
United States District Judge